THE UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA
                              Plaintiff,                    Case No. 06-14013
vs.

                                                           HONORABLE MARIANNE BATTANI
                                                           HONORABLE STEVEN D. PEPE

$8,820.00 IN UNITED STATES CURRENCY
        AND ASSORTED JEWELRY
                              Defendants.

_____/


**Opinion and Order (Dkt # 19)**

This is an *in rem* civil forfeiture action instituted September12, 2006 under 21 U.S.C. §

881(a)(6) against $8,820.00 in United States Currency and Assorted Jewelry. (Dkt. #1)

Plaintiff, the United States of America, alleges that the currency and jewelry were furnished in

exchange for controlled substance and/or proceeds traceable to such an exchange.  Marlan Micah

McRae and Treasures Diamond Store through Akif Mahmud have filed verified claims to certain

of the property on December 5, 2006. (Dkt. # 7 & #8.)   The Plaintiff filed interrogatories,

requests for admisssion and  document requests on McRae and Treasures Diamond Store, c/o

Akif Mahmud on April 4, 2007.  Responses were due on or before May 7, 2007, adding the three

days under Fed. R. Civ; P. 6(e)  for service by mail.   No responses were received and the

Plaintiff agreed to an extension for the discovery responses and to the Court's scheduling order.

When no responses were received on the agreed extension date of  June 18, 2007, the Plaintiff

filed a motion to compel which was referred for hearing and determination pursuant to 28 U.S.C.

§ 636(b)(1)(A).  (Dkt. # 7 - #8 & #20.)

The maters regarding Claimant Marlon RcRae have now been resolved.  Claimant Akif Mahmud acting for Treasures Diamond Store has not responded to the discovery.  Nor has Akif Mahmud or Treasures Diamond Store filed a response to Plaintiff's motion to compel.  A hearing  was held on this matter on August 8.  Counsel for  Akif  Mahmud acting for Treasures Diamond Store noted difficulty with language and other coordination problems in getting responses from Akif Mahmud for Treasures Diamond Store .  He noted an intent to seek to withdrawal from representing Treasures Diamond Store in this matter.   This discovery was sought over four months ago, and there appears no sufficient reason why Akif Mahmud of Treasures Diamond Store has not responded to Plaintiff's discovery requests.

Accordingly, IT IS ORDERED, that on or before Sptember 10, 2007,  Akif Mahmud on behalf of Treasures Diamond Store, or some other appropriate agent on behalf of claimant Treasures Diamond Store, shall  answer the Plaintiff's interrogatories and requests for admissions, produce the requested documents and sign the Tax Authorization Forms.  Originally two weeks was anticipated as adequate time for these responses, the Plaintiff sought answers in one week.  Yet, the 30 days is selected in order to provide claimant Treasures Diamond Store adequate time to answer whether by cooperating with its current counsel or by selecting substitute counsel. Failure to answer  may result in assessment of sanctions including costs as well as this Court's denial of Akif Mahmud  and/of Treasures Diamond Store claims to the property in this case by Treasures Diamond Store.

The parties to this action may object to and seek review of this Report and Recommendation, but are required to file any objections within ten (10) days of service of a copy hereof as provided for in 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72  and E.D. Mich. LR 72.1(d).

**SO ORDERED.**

Dated: August 8, 2007                    s/Steven D. Pepe
Flint, Michigan                        United States Magistrate Judge

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on <u>August 8, 2007</u>, I electronically filed the foregoing paper with the clerk of the Court using the ECF system which will send notification of such filing to the following: <u>Todd R. Perkins, Philip A. Ross</u>, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: <u>not applicable</u>

s/ James P. Peltier
James P. Peltier
Courtroom Deputy Clerk
810-341-7850
pete_peltier@mied.uscourts.gov