# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EIGHT THOUSAND EIGHT HUNDRED
AND TWENTY DOLLARS IN U.S. CURRENCY
(8,820.00 USC), AND ASSORTED JEWELRY,

    Defendants in Rem,

TREASURES DIAMOND STORE (c/o Akif Mahmud),

    Claimants.
_____/

CASE NO. 06-14013
HON. MARIANNE O. BATTANI

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court having reviewed the Magistrate Judge's Report and Recommendation (Doc. No. 30), filed on May 30, 2008, and no objections having been filed thereto,

**IT IS SO ORDERED** that the Report and Recommendation is **ADOPTED** and that Plaintiff's Motion To Strike (Doc. No. 27) is **GRANTED.** The verified claim of Akif Mahmud on behalf of Treasures Diamond Store is **STRICKEN**.

**IT IS SO ORDERED.**

                                        s/Marianne O. Battani
                                        MARIANNE O. BATTANI
                                        UNITED STATES DISTRICT JUDGE

DATED: July 7, 2008

## CERTIFICATE OF SERVICE

Copies of this Order were served upon counsel of record on this date by ordinary mail and/or electronic filing.

s/Bernadette M. Thebolt
DEPUTY CLERK
